# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* § <br> Caleb Hernandez & Jason Whaley, Relators § <br> § <br> STATE OF CONNECTICUT, *ex rel.* § <br> Caleb Hernandez & Jason Whaley, Relators § <br> § <br> STATE OF FLORIDA, *ex rel.* § <br> Caleb Hernandez & Jason Whaley, Relators § <br> § <br> STATE OF GEORGIA, *ex rel.* § <br> Caleb Hernandez & Jason Whaley, Relators § <br> § <br> STATE OF INDIANA, *ex rel.* § <br> Caleb Hernandez & Jason Whaley, Relators § <br> § <br> STATE OF LOUISIANA, *ex rel.* § <br> Caleb Hernandez & Jason Whaley, Relators § <br> § <br> COMMONWEALTH OF § <br> MASSACHUSETTS, *ex rel.* § <br> Caleb Hernandez & Jason Whaley, Relators § <br> § <br> STATE OF TENNESSEE, *ex rel.* § <br> Caleb Hernandez & Jason Whaley, Relators § <br> § <br> STATE OF TEXAS, *ex rel.* § <br> Caleb Hernandez & Jason Whaley, Relators § <br> § <br>         *Plaintiffs* § <br> § <br> v. § <br> § <br> TEAM HEALTH HOLDINGS, INC., § <br> TEAM FINANCE, L.L.C., TEAM § <br> HEALTH INC., & AMERITEAM § <br> SERVICES, L.L.C. § <br>         *Defendants* § | Civil Action No. 2:16-cv-00432-JRG |

Relators' Motion to Allow Derek Gilliland  to Withdraw as Counsel

**RELATORS' UNOPPOSED MOTION TO ALLOW DEREK GILLILAND TO WITHDRAW AS COUNSEL AND REQUEST FOR TERMINATION OF ELECTRONIC NOTICE**

Relators respectfully requests that Derek Gilliland be permitted to withdraw as counsel of record for Relators in the above-referenced case and would respectfully show the court as follows: Relators are represented by Nix Patterson LLP.  Mr. Gilliland is leaving the partnership of Nix Patterson LLP and is no longer representing any parties in this action.

Accordingly, Relators request that Mr. Gilliland be allowed to withdraw as attorney of record in this matter, and that the Clerk of the Court terminate his receipt of electronic notices for this matter.  No other changes are requested at this time regarding Relators' counsel of record. Relators will continue to be represented by the other counsel of record who have appeared in this cause.

Defendants do not oppose this Motion.

For those reasons, Relators respectfully request the Court issue an order granting Derek Gilliland permission to withdraw as counsel for Relators.

Dated: October 22, 2019.

                                            Respectfully submitted,

*/s/ Derek Gilliland*

Derek Gilliland, OBA No. 33707
**Nix Patterson LLP**
P.O. Box 4203
222 N. Fredonia
Longview, Texas  75601
903.215.8310 (Telephone)
dgilliland@nixlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all parties and counsel of record via the Court's CM/ECF service this 22nd day of October, 2019.

*/s/ Derek Gilliland*