# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* § | | |
| Caleb Hernandez & Jason Whaley, Relators § | | |
| § | | |
| STATE OF CONNECTICUT, *ex rel.* § | | |
| Caleb Hernandez & Jason Whaley, Relators § | | |
| § | | |
| STATE OF FLORIDA, *ex rel.* § | | |
| Caleb Hernandez & Jason Whaley, Relators § | | |
| § | | |
| STATE OF GEORGIA, *ex rel.* § | | |
| Caleb Hernandez & Jason Whaley, Relators § | | |
| § | | |
| STATE OF INDIANA, *ex rel.* § | Civil Action No. 2:16-cv-00432-JRG | |
| Caleb Hernandez & Jason Whaley, Relators § | | |
| § | | |
| STATE OF LOUISIANA, *ex rel.* § | | |
| Caleb Hernandez & Jason Whaley, Relators § | | |
| § | | |
| COMMONWEALTH OF § | | |
| MASSACHUSETTS, *ex rel.* § | | |
| Caleb Hernandez & Jason Whaley, Relators § | | |
| § | | |
| STATE OF TENNESSEE, *ex rel.* § | | |
| Caleb Hernandez & Jason Whaley, Relators § | | |
| § | | |
| STATE OF TEXAS, *ex rel.* § | | |
| Caleb Hernandez & Jason Whaley, Relators § | | |
| § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | | |
| § | | |
| TEAM HEALTH HOLDINGS, INC., § | | |
| TEAM FINANCE, L.L.C., TEAM § | | |
| HEALTH INC., & AMERITEAM § | | |
| SERVICES, L.L.C. § | | |
| § | | |
| *Defendants* § | | |

## ORDER GRANTING RELATORS' UNOPPOSED MOTION TO ALLOW DEREK GILLILAND TO WITHDRAW AS COUNSEL AND REQUEST FOR TERMINATION OF ELECTRONIC NOTICE

Before the Court is Relators' Unopposed Motion to Allow Derek Gilliland to Withdraw as Counsel and Request for Termination of Electronic Notices. Having considered the Motion, the Court finds that it should be and is hereby GRANTED.

IT IS THEREFORE **ORDERED** that Derek Gilliland is hereby withdrawn as counsel of record for Relators in this matter. The Clerk of the Court is DIRECTED to terminate any further ECF notices to Derek Gilliland in this action.