**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL., | § | |
| EX REL. CALEB HERNANDEZ & JASON | § | |
| WHALEY, RELATORS; | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:16-CV-00432-JRG |
| | § | |
| TEAM FINANCE, L.L.C., TEAM HEALTH, | § | |
| INC., TEAM HEALTH HOLDINGS, INC., | § | |
| AMERITEAM SERVICES, L.L.C., HCFS | § | |
| HEALTH CARE FINANCIAL SERVICES, | § | |
| L.L.C., & QUANTUM PLUS, L.L.C. | § | |
| | § | |
| *Defendants*. | § | |

## <u>ORDER</u>

Before the Court is Relators Caleb Hernandez and Jason Whaley's ("Relators") Unopposed Motion to File Under Seal (the "Motion to Seal"). (Dkt. No. 134.) In the Motion to Seal, Relators request that the Court allow Relators to file their Motion to Compel Discovery Due to Defendants' Waiver of Attorney-Client Privilege and Brief in Support (the "Motion to Compel") (Dkt. No. 135) under seal. The Relators represent that the Motion to Compel contains confidential information and the public disclosure of such creates a substantial risk of harm that outweighs the strong presumption in favor of public access to judicial proceedings. Relators also represent that the Motion to Seal is unopposed.

Having considered the Motion to Seal and its unopposed nature, the Court is of the opinion that the Motion to Seal should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Relators may file their Motion to Compel and the exhibits attached thereto under seal.

**So Ordered this**

**Jun 9, 2020**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE