**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL., | § | |
| EX REL. CALEB HERNANDEZ & JASON | § | |
| WHALEY, RELATORS; | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:16-CV-00432-JRG** |
| | § | |
| TEAM FINANCE, L.L.C., TEAM HEALTH, | § | |
| INC., TEAM HEALTH HOLDINGS, INC., | § | |
| AMERITEAM SERVICES, L.L.C., HCFS | § | |
| HEALTH CARE FINANCIAL SERVICES, | § | |
| L.L.C., & QUANTUM PLUS, L.L.C. | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C, Team Health, L.L.C., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C. and Quantum Plus, L.L.C.'s (collectively, "Defendants") Unopposed Motion for Leave to File Defendants' Opposition to Relators' Motion to Compel Under Seal (the "Motion to Seal"). (Dkt. No. 140.) In the Motion to Seal, Defendants represent that their Opposition to Relators' Motion to Compel (Dkt. No. 141) and the exhibits attached thereto contain highly confidential information and request leave to file the same under seal. Defendants also represent that the Motion to seal is unopposed.

Having considered the Motion to Seal and its unopposed nature, the Court is of the opinion that the Motion to Seal should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Defendants may file their Opposition to Relators' Motion to Compel and the exhibits attached thereto under seal.

So **ORDERED** and **SIGNED** this 23rd day of June, 2020.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE