IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., CALEB HERNANDEZ & JASON WHALEY, RELATORS; <br><br> Plaintiffs, <br><br> v. <br><br> TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), <br><br> Defendants. | CIVIL ACTION NO.  2:16-CV-00432-JRG |

**ORDER**

Before the Court is Relators Dr. Caleb Hernandez and Jason Whaley's ("Relators") Unopposed Motion to Seal (the "Motion"). (Dkt. No. 160). In the Motion, Relators request that the Court allow Relators to file their Third Amended Complaint ("TAC") under seal. Relators' TAC refers to materials designated by Defendants as "Confidential" per the Court's Protective Order (Dkt. No. 69).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Realtors' Third Amended Complaint should be and hereby is **SEALED**.

2

**So ORDERED and SIGNED this 16th day of September, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE