IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALEB HERNANDEZ & JASON WHALEY, RELATORS, ET AL.<br><br>*Plaintiffs*,<br><br>v.<br><br>TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST),<br><br>*Defendants*. | CIVIL ACTION NO. 2:16-CV-00432-JRG |

## ORDER

Before the Court are Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, L.L.C., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Defendants") Unopposed Motion for Leave to File Defendants' *Daubert* Motions Under Seal (Dkt. No. 164) and Unopposed Motion for Leave to File Defendants' Motion for Summary Judgment, or Partial Summary Judgment in the Alternative Under Seal (Dkt. No. 170). Also before the Court is Relators Dr. Caleb Hernandez and Jason Whaley's (together, "Relators") Unopposed Motion to Seal *Daubert* Motion (Dkt. No. 167).

Having considered the Motions, and noting that they are unopposed, the Court finds that they should be and hereby are **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' *Daubert* Motions, Motion for Summary Judgment, or Partial Summary Judgment in the Alternative, and Relators' *Daubert* Motion should be and hereby are **SEALED**.

**So ORDERED and SIGNED this 18th day of September, 2020.**

                                                  RODNEY GILSTRAP
                                                  UNITED STATES DISTRICT JUDGE