## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, CALEB HERNANDEZ & JASON WHALEY, RELATORS, ET AL. | § § § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:16-CV-00432-JRG |
| | § | |
| TEAM FINANCE, L.L.C.,  TEAM HEALTH, INC.,  TEAM HEALTH HOLDINGS, INC.,  AMERITEAM SERVICES, L.L.C.,  HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), | § § § § § § § | |
| | § | |
| *Defendants*. | § | |

## <u>ORDER</u>

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team

Health, L.L.C., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and

Quantum Plus, L.L.C.'s (collectively, "Defendants") Unopposed Motion for Leave to File

Defendants' Response in Opposition to Relators' Motion to Exclude the Testimony of Patrick P.

Marion Under Seal (Dkt. No. 184). Also before the Court are Relators Dr. Caleb Hernandez and

Jason Whaley's (together, "Relators") Unopposed Motions to Seal (Dkt. No. 186, 189). Relators

request leave to file under seal the following documents: (1) Relators' Response in Opposition to

Defendants' Motion to Exclude the Expert Testimony of Relators' Designated Experts Kristen

Folding and Bruce Wapen, (2) Relators' Response in Opposition to Defendants' Motion to

Exclude the Opinion Testimony of Relators' Designated Statistical Expert Douglas Steinley, and

(3) Relators' Response in Opposition to Defendants' Motion for Summary Judgment, or Partial Summary Judgment in the Alternative.

Having considered the Motions, and noting that they are unopposed, the Court finds that they should be and hereby are **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Response in Opposition to Relators' Motion to Exclude the Testimony of Patrick P. Marion should be and hereby are **SEALED**. The Court further **ORDERS** that Relators' Response in Opposition to Defendants' Motion to Exclude the Expert Testimony of Relators' Designated Experts Kristen Folding and Bruce Wapen, Relators' Response in Opposition to Defendants' Motion to Exclude the Opinion Testimony of Relators' Designated Statistical Expert Douglas Steinley, and Relators' Response in Opposition to Defendants' Motion for Summary Judgment, or Partial Summary Judgment in the Alternative should be and hereby are **SEALED**.

So ORDERED and SIGNED this 2nd day of October, 2020.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE