# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) <br> *ex rel.* CALEB HERNANDEZ and JASON ) <br> WHALEY, Relators ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TEAM HEALTH HOLDINGS INC., et al. ) <br> ) <br> ) <br> Defendants. ) | Case No. 2:16-cv-00432-JRG <br> Chief Judge Rodney Gilstrap |

## ORDER

Before the Court is the United States' Unopposed Motion for Leave to File Statement of Interest. In the Motion, the United States requests leave to file a statement of interest to address certain issues under the False Claims Act that were raised in Defendants' Motion for Summary Judgment (Dkt. Nos. 172, 178) and Defendants' Motion to Dismiss Relators' Third Amended Complaint (Dkt. Nos. 181, 183). Neither Relators nor Defendants oppose the Motion.

Having considered the Motion, and its unopposed nature, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the United States is permitted leave to file the Statement of Interest.