IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. CALEB HERNANDEZ and JASON WHALEY, Relators<br><br>*Plaintiffs*,<br><br>v.<br><br>TEAM HEALTH HOLDINGS INC., et al.<br><br>*Defendants*. | CASE NO. 2:16-CV-00432-JRG |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANTS' REPLIES UNDER SEAL

Defendants, Team Health Holdings, Inc., Team Finance, L.L.C, Team Health, L.L.C., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C. and Quantum Plus, L.L.C. (collectively, "Team Health" or "Defendants"), hereby file this Unopposed Motion for Leave to File Defendants' Reply in Support of their Motion for Summary Judgment, Defendants' Reply in Support of their Motion to Exclude the Opinion Testimony of Relators' Designated Statistical Expert Douglas Steinley, and Defendants' Reply in Support of their Motion to Exclude the Opinion Testimony of Relators' Designated Experts Kristen Folding and Bruce Wapen (collectively, "Replies"), and attachments thereto, Under Seal.

Defendants' Replies contain highly confidential information. Therefore Defendants respectfully move for leave to file the Replies under seal.  Relators do not oppose this motion.

Defendants respectfully request that the Court enter the attached Order granting leave to file Defendants' Reply in Support of their Motion for Summary Judgment, Defendants' Reply in Support of their Motion to Exclude the Opinion Testimony of Relators' Designated Statistical

Expert Douglas Steinley, and Defendants' Reply in Support of their Motion to Exclude the Opinion Testimony of Relators' Designated Experts Kristen Folding and Bruce Wapen, and attachments thereto, under seal.

Dated: October 9, 2020                     Respectfully submitted,

By: */s/Eric H. Findlay*
Eric H. Findlay
Roger Brian Craft
Findlay Craft, P.C.
102 N College Avenue
Suite 900
Tyler, TX 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

George B. Breen
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, NW
Washington, DC 20037
Tel: (202) 861-1823
Fax: (202) 861-3523
GBreen@ebglaw.com

Christopher Farella
EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, NJ 07102
Tel: (973) 639-8541
Fax: (973) 639-8739
cfarella@ebglaw.com

Thomas M. Melsheimer (*Lead Attorney*)
Michael Brett Johnson
Grant K. Schmidt
Winston & Strawn LLP
2121 N. Pearl Street
Suite 900
Dallas, TX 75201

214-453-6500
Fax: 214-453-6400
tmelsheimer@winston.com
mbjohnson@winston.com
gschmidt@winston.com

*Counsel for Defendants Team Health Holdings Inc., Team Finance, L.L.C., Team Health Inc., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.*

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h). The personal conference required by Local Rule CV-7(h) was conducted on October 9, 2020. Relators have indicated they are unopposed to this motion.

*/s/ Eric H. Findlay*
Eric H. Findlay

## CERTIFICATE OF SERVICE

This is to certify that on October 9, 2020, all counsel of record were served with the foregoing document *via* CM/ECF and electronic mail.

*/s/ Eric H. Findlay*
Eric H. Findlay