IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., CALEB HERNANDEZ & JASON WHALEY, RELATORS; <br><br> Plaintiffs, <br><br> v. <br><br> TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), <br><br> Defendants. | § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:16-CV-00432-JRG |

## ORDER

Before the Court is Relators Dr. Caleb Hernandez and Jason Whaley's ("Relators") Unopposed Motion to Seal (the "Motion"). (Dkt. No. 207). In the Motion, Relators request that the Court allow Relators to file their Reply Brief in Further Support of Their Motion to Exclude the Testimony of Patrick P. Marion (the "Reply") under seal.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Relators' Reply Brief should be and hereby is **SEALED**.

**So Ordered this**
**Oct 12, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE