IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL, CALEB HERNANDEZ & JASON WHALEY, RELATORS; § § § § *Plaintiffs*, § § v. § § TEAM FINANCE, L.L.C., TEAM § HEALTH, INC., TEAM HEALTH § HOLDINGS, INC., AMERITEAM § SERVICES, L.L.C., HCFS HEALTH CARE § FINANCIAL SERVICES, L.L.C., § QUANTUM PLUS, L.L.C., (D/B/A § TEAMHEALTH WEST), § § *Defendants*. § | CIVIL ACTION NO. 2:16-CV-00432-JRG |

## ORDER

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, Inc., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Defendants") Unopposed Motion for Leave to File Defendants' Replies Under Seal ("Defendants' Motion"). (Dkt. No. 213). In Defendants' Motion, Defendants request leave to file under seal their Replies in Support of their Motion for Summary Judgment, Motion to Exclude the Opinion Testimony of Relators' Designated Statistical Expert Douglas Steinley, and Motion to Exclude the Opinion Testimony of Relators' Designated Experts Kristen Folding and Bruce Wapen. (*Id.* at 1). Also before the Court is Relators Dr. Caleb Hernandez and Jason Whaley's (together, "Relators") Unopposed Motion to Seal ("Relators' Motion"). (Dkt. No. 216). In Relators' Motion, Relators request leave to file their Response in

Opposition to Defendants' Motion to Dismiss Relators' Third Amended Complaint, or Alternatively, for a Continuance, under seal. (*Id.* at 1).

Having considered the Motions, and noting that they are unopposed, the Court finds that they should be and hereby are **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Replies in Support of their Motion for Summary Judgment, Motion to Exclude the Opinion Testimony of Relators' Designated Statistical Expert Douglas Steinley, and Motion to Exclude the Opinion Testimony of Relators' Designated Experts Kristen Folding and Bruce Wapen should be and hereby are **SEALED**. The Court further **ORDERS** that Relators' Response in Opposition to Defendants' Motion to Dismiss Relators' Third Amended Complaint, or Alternatively, for a Continuance should be and hereby is **SEALED**.

**So Ordered this**
**Oct 15, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE