IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL, CALEB HERNANDEZ & JASON WHALEY, RELATORS, <br><br> Plaintiffs, <br><br> v. <br><br> TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), <br><br> Defendants. | § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:16-CV-00432-JRG |

## **ORDER**

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, Inc., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Defendants") Unopposed Motion for Leave to File Defendants' Sur-Reply to Relators' Motion to Exclude the Testimony of Patrick P. Marion and Defendants' Motions *in Limine* Under Seal ("Defendants' Motion"). (Dkt. No. 235). In Defendants' Motion, Defendants request leave to file under seal their Sur-Reply to Relators' Motion to Exclude the Testimony of Patrick P. Marion as well as their Motions *in Limine* and attachments thereto. (*Id*. at 1). Also before the Court is Relators Dr. Caleb Hernandez and Jason Whaley's (together, "Relators") Unopposed Motion to Seal ("Relators' Motion"). (Dkt. No. 237). In Relators' Motion, Relators request leave to file their Motions *in Limine* Nos. 1 Through 6 and Brief in Support Thereof under seal. (*Id.* at 1).

Having considered the Motions, and noting that they are unopposed, the Court finds that they should be and hereby are **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Sur-Reply to Relators' Motion to Exclude the Testimony of Patrick P. Marion and Defendants' Motions *in Limine* should be and hereby are **SEALED**. The Court further **ORDERS** that Relators' Motions *in Limine* Nos. 1 Through 6 and Brief in Support Thereof should be and hereby is **SEALED**.

**So Ordered this**
**Oct 19, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE