IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., CALEB HERNANDEZ & JASON WHALEY, RELATORS; <br><br> Plaintiffs, <br><br> v. <br><br> TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), <br><br> Defendants. | § § § § § § § § § § § § § § § § § § CIVIL ACTION NO.  2:16-CV-00432-JRG |

## ORDER

Before the Court are Relators Dr. Caleb Hernandez and Jason Whaley's ("Relators") Unopposed Motions to Seal ("Relators' Motions"). (Dkt. Nos. 242, 244, 246). In Relators' Motions, Relators request that the Court allow Relators to file under seal their Sur-Reply Regarding Defendants' Motion to Exclude the Opinion Testimony of Relators' Designated Experts Kristen Folding and Bruce Wapen (Dkt. No. 242 at 1), their Sur-Reply to Defendants' Motion to Exclude the Opinion Testimony of Relators' Statistical Expert Professor Douglas Steinley (Dkt. No. 244 at 1), and their Sur-Reply in Opposition to Defendants' Motion for Summary Judgment, or Partial Summary Judgment in the Alternative (Dkt. No. 246 at 1). Also before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, Inc., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, the "Defendants") Unopposed Motion for Leave to File Defendants' Reply in Support of Motion to Dismiss Relators' Third Amended Complaint, or Alternatively, for a

Continuance ("Defendants' Motion"). (Dkt. No. 252). In Defendants' Motion, Defendants request leave to file their Reply in Support of Motion to Dismiss Relators' Third Amended Complaint, or Alternatively, for a Continuance, under seal. (*Id*. at 1).

Having considered the Motions, and noting that they are unopposed, the Court finds that they should be and hereby are **GRANTED**. Accordingly, the Court **ORDERS** that Relators' Sur-Reply Regarding Defendants' Motion to Exclude the Opinion Testimony of Relators' Designated Experts Kristen Folding and Bruce Wapen, Sur-Reply to Defendants' Motion to Exclude the Opinion Testimony of Relators' Statistical Expert Professor Douglas Steinley, and Sur-Reply in Opposition to Defendants' Motion for Summary Judgment, or Partial Summary Judgment in the Alternative should be and hereby are **SEALED**. The Court further **ORDERS** that Defendants' Reply in Support of Motion to Dismiss Relators' Third Amended Complaint, or Alternatively, for a Continuance should be and hereby is **SEALED**.

**So ORDERED and SIGNED this 21st day of October, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE