**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL. CALEB HERNANDEZ & JASON WHALEY, RELATORS, <br><br> *Plaintiffs*, <br><br> v. <br><br> TEAM FINANCE, L.L.C.,  TEAM HEALTH, INC.,  TEAM HEALTH HOLDINGS, INC.,  AMERITEAM SERVICES, L.L.C.,  HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), <br><br> *Defendants*. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO.  2:16-CV-00432-JRG |

## <u>ORDER</u>

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, Inc., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Team Health" or "Defendants") Unopposed Motion for Leave to File Defendants' Motion for Protection Regarding Confidentiality Designations Under Seal (the "Motion"). (Dkt. No. 262). In the Motion, Defendants request leave to file their Motion for Protection Regarding Confidentiality Designations, and attachments thereto, under seal. (*Id*. at 1).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Motion for Protection Regarding Confidentiality Designations should be and hereby is **SEALED**.

So **ORDERED** and **SIGNED** this 23rd day of October, 2020.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE