IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL, CALEB HERNANDEZ & JASON WHALEY, RELATORS, <br><br> Plaintiffs, <br><br> v. <br><br> TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:16-CV-00432-JRG |

## ORDER

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, Inc., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Defendants") Unopposed Motion for Leave to File Defendants' Response to United States' Statement of Interest Regarding Certain Issues Raised Under the False Claims Act and Response to Relators' Sealed Motions *in Limine* Nos. 1 Through 6 Under Seal ("Defendants' Motion"). (Dkt. No. 274). Also before the Court are Relators Dr. Caleb Hernandez and Jason Whaley's (together, "Relators") Unopposed Motions to Seal ("Relators' Motions"), which request leave of Court to file under seal the parties' Joint Pretrial Order and Relators' Response in Opposition to Defendants' Motions *in Limine*. (Dkt. Nos. 271, 278).

Having considered the Motions, and noting that they are unopposed, the Court finds that they should be and hereby are **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Response to United States' Statement of Interest Regarding Certain Issues Raised Under the False

Claims Act and Response to Relators' Sealed Motions *in Limine* Nos. 1 Through 6 should be and hereby are **SEALED**. The Court further **ORDERS** that the parties' Joint Pretrial Order and Relators' Response in Opposition to Defendants' Motions *in Limine* should be and hereby are **SEALED**.

**So ORDERED and SIGNED this 26th day of October, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE