IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., § <br> CALEB HERNANDEZ & JASON § <br> WHALEY, RELATORS, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> TEAM FINANCE, L.L.C., TEAM § <br> HEALTH, INC., TEAM HEALTH § <br> HOLDINGS, INC., AMERITEAM § <br> SERVICES, L.L.C., HCFS HEALTH CARE § <br> FINANCIAL SERVICES, L.L.C., § <br> QUANTUM PLUS, L.L.C., (D/B/A § <br> TEAMHEALTH WEST), § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:16-CV-00432-JRG |

## ORDER

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, Inc., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Team Health" or "Defendants") Unopposed Motion for Leave to File Defendants' Motion for Leave to File Supplemental Memorandum in Further Support of Their Motion to Exclude the Opinion Testimony of Relators' Designated Expert Kristen Folding Under Seal (the "Motion"). (Dkt. No. 294). In the Motion, Defendants request leave to file their Motion for Leave to File Supplemental Memorandum in Further Support of Their Motion to Exclude the Opinion Testimony of Relators' Designated Expert Kristen Folding (the "Motion for Leave") and subsequently file their Supplemental Memorandum in Further Support of Their Motion to Exclude the Opinion Testimony of Relators' Designated Expert Kristen Folding (the "Supplemental Memorandum"), and attachments thereto, under seal. (*Id*. at 1). The Court notes

that, since the Motion for Leave has not been granted at this time, permission to file the Supplemental Memorandum under seal would be premature.

Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED-IN-PART** and **DENIED-IN-PART**. The Court **GRANTS** the Motion with respect to the Motion for Leave and **DENIES** the Motion with respect to the Supplemental Memorandum. Accordingly, the Court **ORDERS** that Defendants' Motion for Leave should be and hereby is **SEALED**.

**So ORDERED and SIGNED this 1st day of November, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE