IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL., CALEB HERNANDEZ & JASON WHALEY, RELATORS, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:16-CV-00432-JRG |
| TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), | § § § § § § § § § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is Relators Dr. Caleb Hernandez and Jason Whaley's (collectively, "Relators") Unopposed Motion to Seal (the "Motion"). (Dkt. No. 299). In the Motion, Relators request leave to file their Reply in Support of Their Motions *In Limine* Nos. 1 Through 6 under seal. (*Id*. at 1).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Relators' Reply in Support of Their Motions *In Limine* Nos. 1 Through 6 should be and hereby is **SEALED**.

So Ordered this

Nov 4, 2020

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE