# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., CALEB HERNANDEZ & JASON WHALEY, RELATORS, <br><br>  Plaintiffs, <br><br> v. <br><br> TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), <br><br> Defendants. | § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:16-CV-00432-JRG |

## ORDER

Before the Court are Relators Dr. Caleb Hernandez and Jason Whaley's (collectively, "Relators") Unopposed Motions to Seal (the "Motions"), which request leave of Court to file under seal Relators' Response in Opposition to Defendants' Motion for Protection Regarding Confidentiality Designations and Relators' Motion Requesting Voluntary Dismissal of Plaintiff States. (Dkt. Nos. 308, 311).

Having considered the Motions, and noting that they are unopposed, the Court finds that they should be and hereby are **GRANTED**. Accordingly, the Court **ORDERS** that Relators' Response in Opposition to Defendants' Motion for Protection Regarding Confidentiality Designations and Relators' Motion Requesting Voluntary Dismissal of Plaintiff States should be and hereby are **SEALED**.

**So ORDERED and SIGNED this 10th day of November, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE