IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., CALEB HERNANDEZ & JASON WHALEY, RELATORS,<br><br>Plaintiffs,<br><br>v.<br><br>TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST),<br><br>Defendants. | § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:16-CV-00432-JRG |

## ORDER

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, Inc., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Defendants") Unopposed Motion for Leave to File Defendants' Response to Relators' Motion Requesting Voluntary Dismissal of Plaintiff States Under Seal (the "Motion"). (Dkt. No. 329).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby are **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Response to Relators' Motion Requesting Voluntary Dismissal of Plaintiff States should be and hereby is **SEALED**.

**So ORDERED and SIGNED this 24th day of November, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE