IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. CALEB HERNANDEZ and JASON WHALEY, Relators<br><br>*Plaintiffs*,<br><br>v.<br><br>TEAM HEALTH HOLDINGS INC., et al.<br><br>*Defendants*. | CASE NO. 2:16-CV-00432-JRG |

**ORDER GRANTING DEFENDANTS' SECOND MOTION FOR PROTECTION REGARDING CONFIDENTIALITY DESIGNATIONS**

On this day came on to be considered Defendants, Team Health Holdings, Inc., Team Finance, L.L.C, Team Health, L.L.C., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C. and Quantum Plus, L.L.C. (collectively, "Team Health" or "Defendants") Second Motion for Protection regarding Confidentiality Designations. Having considered Defendants' Second Motion, the Court is of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that Defendants' Second Motion for Protection regarding Confidentiality Designations is GRANTED.