# Exhibit A

**Exhibit A - Challenged Documents – November 2, 2020**

| | | |
|---|---|---|
| Exs. 1, 3, & 5-10 to the June 24, 2020 Deposition of Christa Cortez | Deposition of Paula Dearolf | TH-EDTX- 00239929-32 |
| TH-EDTX-00061061-62 | Exs. 123-125 to the September 17, 2020 Deposition of Linda Thacker | TH-EDTX- 00238126-30 |
| TH-EDTX-00173359-60 | | TH-EDTX- 00021438-45 |
| Exs. 12-15, 17, & 25-27 to the July 10, 2020 Deposition of John Turner | | TH-EDTX- 00021564-69 |
| | | TH-EDTX- 00239959-72, 00239975-79, 00239981-82 |
| Exs. 28, 30, & 33 to the July 22, 2020 Deposition of John Turner | TH-EDTX- 00163882-164036 | TH-EDTX- 00277731-42 |
| | TH-EDTX-00011201 | TH-EDTX- 00084662 |
| TH-EDTX- 00016897-901 | TH-EDTX- 00016341-42 | TH-EDTX- 00086405-22 |
| Exs. 34-38 to the July 31, 2020 Deposition of Jessica Parks | TH-EDTX- 00024239 | TH-EDTX- 00096250-56 |
| | TH-EDTX- 00029429-33 | TH-EDTX- 00107257-66 |
| | TH-EDTX- 00040861-63 | TH-EDTX- 00107627-46 |
| Exs. 40-41 & 47 to the August 13, 2020 Deposition of Elisa Parra | TH-EDTX- 00043162-67 | TH-EDTX- 00277655-58 |
| | TH-EDTX- 00058858 | TH-EDTX- 00277294-98 |
| | TH-EDTX- 00060654-56 | TH-EDTX- 00238110-15 |
| Ex. 55 to the August 27, 2020 Deposition of Tom Perrine | TH-EDTX- 00061472 | TH-EDTX- 00020846-48 |
| | TH-EDTX- 00087471-72 | TH-EDTX- 00024443-63 |
| | TH-EDTX- 00277181-82 | TH-EDTX- 00027138-42 |
| Exs. 59 & 62 to the August 31, 2020 Deposition of Elisa Dannemiller | TH-EDTX- 00277213-17 | TH-EDTX- 00060344-45 |
| | TH-EDTX- 00134958-61 | TH-EDTX- 00078502-03 |
| | TH-EDTX- 00236432-34 | TH-EDTX- 00078535-36 |
| | TH-EDTX- 00277199-201 | TH-EDTX- 00085891-93 |
| Exs. 67-69, 71, & 73-89 to the September 3, 2020 Deposition of Hamilton Lempert | TH-EDTX- 00277395-415 | TH-EDTX- 00086627-28 |
| | TH-EDTX- 00156202-366 | TH-EDTX- 00277275-84 |
| | TH-EDTX- 00084675-80 | TH-EDTX- 00277148 |
| | TH-EDTX- 00277416-34 | TH-EDTX- 00087196-204 |
| TH-EDTX- 00084465-518 | TH-EDTX- 00277490-505 | TH-EDTX- 00277228-30 |
| TH-EDTX- 00084519-25 | TH-EDTX- 00042879-81 | TH-EDTX- 00277197-98 |
| TH-EDTX- 00074846-52 | TH-EDTX- 00277539-44 | TH-EDTX- 000107267-77 |
| TH-EDTX- 00074853-56 | TH-EDTX- 00277575-81 | TH-EDTX- 00058833-34 |
| TH-EDTX- 00277251-52 | TH-EDTX- 00277630-50 | TH-EDTX- 00060009-10 |
| TH-EDTX- 00086822-23 | TH-EDTX- 00277659-69 | TH-EDTX- 00060217-18 |
| Exs. 90-92 & 94 to the September 9, 2020 Deposition of Sandra Steele | TH-EDTX- 00269314-36 | TH-EDTX- 00068586-89 |
| | TH-EDTX- 00237470-76 | TH-EDTX- 00108545-55 |
| | TH-EDTX- 00132231-33 | TH-EDTX- 00132219-22 |
| | TH-EDTX- 00024429-36 | TH-EDTX- 00132243-45 |
| Ex. 95 to the September 11, 2020 Deposition of Robert Franz | TH-EDTX- 00026578-86 | TH-EDTX- 00134940-41 |
| | TH-EDTX- 00024341-61 | TH-EDTX- 00171243-44 |
| | TH-EDTX- 00044141-331 | TH-EDTX- 00173207-24 |
| Exs. 97-101, 104-106, 108-109, & 111-113 to the September 14, 2020 Deposition of Kim Do | TH-EDTX- 00058791-810 | TH-EDTX- 00183593-95 |
| | TH-EDTX- 00269417-43 | TH-EDTX- 00087886-917 |
| | TH-EDTX- 00269462-85 | TH-EDTX- 00078450-52 |
| | TH-EDTX- 00001821-22 | TH-EDTX- 00078950-63 |
| Exs. 114-115, & 117 to the September 15, 2020 | TH-EDTX- 00040774-75 | TH-EDTX- 00032382 |
| | TH-EDTX- 00239853-61 | TH-EDTX- 00043043-47 |

**Exhibit A - Challenged Documents – November 2, 2020**

| |
|---|
| TH-EDTX- 00058839-55 |
| TH-EDTX- 00060219-20 |
| TH-EDTX- 00075656-58 |
| TH-EDTX- 00084599-609 |
| TH-EDTX- 00087773-77 |
| TH-EDTX- 00099067-158 |
| TH-EDTX- 00108541-44 |
| TH-EDTX- 00109708-12 |
| TH-EDTX- 00170706-09 |
| TH-EDTX- 00197385-95 |
| TH-EDTX- 00089006-11 |
| TH-EDTX-00274364-00276694 |
| TH-EDTX-00239998-00248872, 00250293-00251235, 00268466-00268475, 00273561-00273567, 00274348-00274363 |
| TH-EDTX-00251236-00268465, 00268476-00268491, 00277313-00277394, 00274572-81, 00273571-00274338 |
| Defendants' IDX Medicare Claims Data Sets, delivered April 20, 2020 and July 21, 2020 |