# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., § <br> CALEB HERNANDEZ & JASON § <br> WHALEY, RELATORS, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> TEAM FINANCE, L.L.C., TEAM § <br> HEALTH, INC., TEAM HEALTH § <br> HOLDINGS, INC., AMERITEAM § <br> SERVICES, L.L.C., HCFS HEALTH CARE § <br> FINANCIAL SERVICES, L.L.C., § <br> QUANTUM PLUS, L.L.C., (D/B/A § <br> TEAMHEALTH WEST), § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:16-CV-00432-JRG |

## ORDER

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, Inc., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Team Health" or "Defendants") Unopposed Motion for Leave to File Defendants' Motion for Leave to File Their Motion and Supplemental Memorandum Regarding Relators' Designated Expert Bruce Wapen Under Seal (the "Motion"). (Dkt. No. 335). In the Motion, Defendants request leave to file their Motion for Leave to File Supplemental Memorandum in Further Support of Their Motion to Exclude the Opinion Testimony of Relators' Designated Expert Bruce Wapen (the "Motion for Leave") and file their Supplemental Memorandum in Further Support of Their Motion to Exclude the Opinion Testimony of Relators' Designated Expert Bruce Wapen (the "Supplemental Memorandum"), and attachments thereto, under seal. (*Id*. at 1).

Having considered the Motion, and in light of its unopposed nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Motion for Leave and Supplemental Memorandum should be and hereby are **SEALED**.

So ORDERED and SIGNED this 4th day of December, 2020.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE