**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. <br> CALEB HERNANDEZ, ET AL. <br><br> v. <br><br> TEAM HEALTH HOLDINGS, INC., <br> ET AL. | § <br> § <br> § <br> § <br> § <br> § <br> § | Case No. 2:16-cv-432- JRG |

**MINUTES FOR MOTION HEARING
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
December 9, 2020**

**OPEN:   9:04 a.m.**                                                                                              **ADJOURN: 10:10 a.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Will Nilsson |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:04 a.m. | Counsel announced ready for hearing. |
| | The Court requested clarification re the dismissal of states.   The Court addressed the Opposed Sealed Motion Relators Motion Requesting Voluntary Dismissal of Plaintiff States filed by the Plaintiffs. (Dkt. No. 312). Mr. Duck and Mr. Schmidt confirmed the agreement. The Court GRANTED the motion. Parties to submit electronically. |
| 9:08 a.m. | The Court heard argument on the Opposed Sealed Motion for Protection Regarding Confidentiality Designations filed by Defendants (Dkt. No. 263) and Defendants' Second Motion For Protection Regarding Confidentiality Designations (Dkt. No. 327).   Mr. Findlay argued on behalf of Defendants.   Mr. Duck argued on behalf of Plaintiffs.   The Court GRANTED the motions. |
| 9:50 a.m. | The Court Opposed Sealed Motion for Leave to File Supplemental Memorandum in Further Support of Their Motion to Exclude the Opinion Testimony of Relators' Designated Expert Kristen Folding filed by Defendants (Dkt. No. 295).   Ms. Grant argued for Defendants.   Mr. Duck argued for Plaintiff. <br> The Court DENIED the motion. |
| 10:10 a.m. | Court adjourned. |