IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., CALEB HERNANDEZ & JASON WHALEY, RELATORS,<br><br>Plaintiffs,<br><br>v.<br><br>TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST),<br><br>Defendants. | § § § § § § § § § § § § § § § § § § §   CIVIL ACTION NO. 2:16-CV-00432-JRG |

## ORDER

Before the Court is Relators Dr. Caleb Hernandez and Jason Whaley's (collectively, "Relators") Unopposed Motion to Seal (the "Motion"), which requests leave of Court to file under seal Relators' Response in Opposition to Defendants' Newest Motion Requesting Another Belated Do-Over of Their *Daubert* Motion Against Dr. Bruce Wapen. (Dkt. No. 345).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Relators' Response in Opposition to Defendants' Newest Motion Requesting Another Belated Do-Over of Their *Daubert* Motion Against Dr. Bruce Wapen should be and hereby is **SEALED**.

**So ORDERED and SIGNED this 10th day of December, 2020.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE