# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, CALEB HERNANDEZ & JASON WHALEY, RELATORS, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:16-CV-00432-JRG |
| TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), | § § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, Inc., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Team Health" or "Defendants") Unopposed Motion for Leave to File Defendants' Motion for Leave to Take a Trial Deposition of Dr. John Turner Under Seal (the "Motion"). (Dkt. No. 356). In the Motion, Defendants request leave to file their Motion for Leave to Take a Trial Deposition of Dr. John Turner and Exhibit A under seal. (*Id.*).

Having considered the Motion, and in light of its unopposed nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Motion for Leave to Take a Trial Deposition of Dr. John Turner and Exhibit A should be and hereby are **SEALED**.

**So ORDERED and SIGNED this 18th day of December, 2020.**

                                                RODNEY GILSTRAP  
                                                UNITED STATES DISTRICT JUDGE