**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, CALEB HERNANDEZ & JASON WHALEY, RELATORS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO.  2:16-CV-00432-JRG |
| TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), | § § § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, Inc., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Defendants") Unopposed Motion for Leave to File Defendants' Motion to Compel Under Seal (the "Defendants' Motion"). (Dkt. No. 363). In Defendants' Motion, Defendants request leave to file their Motion to Compel (Dkt. No. 364) under seal. (*Id.*). Also before the Court is Relators Dr. Caleb Hernandez and Jason Whaley's (together, "Relators") Unopposed Motion to Seal (the "Relators' Motion"). (Dkt. No. 361). In Relator's Motion, Relators request leave to file their Response in Partial Opposition to Defendants' Motion for Leave to Take a Trial Deposition of Dr. John Turner (Dkt. No. 362) under seal. (*Id.*).

Having considered the Motions, and noting that they are unopposed, the Court finds that they should be and hereby are **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Motion to Compel should be and hereby is **SEALED**. The Court further **ORDERS** that Relators'

Response in Partial Opposition to Defendants' Motion for Leave to Take a Trial Deposition of Dr. John Turner should be and hereby is **SEALED**.

     **So ORDERED and SIGNED this 5th day of January, 2021.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE