# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALEB HERNANDEZ & JASON WHALEY, RELATORS,<br><br>*Plaintiffs*,<br><br>v.<br><br>TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST),<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 2:16-CV-00432-JRG |

## ORDER

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, Inc., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Team Health" or "Defendants") Unopposed Motion for Leave to File Defendants' Agreed Motion for Leave to Take Depositions After Fact Discovery Deadline (the "Motion"). (Dkt. No. 372). In the Motion, Defendants request leave to file their Agreed Motion for Leave to Take Depositions After Fact Discovery Deadline (Dkt. No. 376) under seal. (*Id*.).

Having considered the Motion, and in light of its unopposed nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Agreed Motion for Leave to Take Depositions After Fact Discovery Deadline should be and hereby are **SEALED**.

**So ORDERED and SIGNED this 12th day of January, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE