IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, CALEB HERNANDEZ & JASON WHALEY, RELATORS, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:16-CV-00432-JRG |
| TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), | § § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, L.L.C., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Defendants") Unopposed Motion for Leave to File Defendants' Reply in Support of Their Motion for Leave to Take Trial Deposition of Dr. John Turner Under Seal. (Dkt. No. 377). Also before the Court is Relators Dr. Caleb Hernandez and Jason Whaley's (collectively, "Relators") (together with Defendants, the "Parties") Unopposed Motion to Seal. (Dkt. No. 379). The Parties also filed a Joint Motion for Leave to File the Parties' Joint Pretrial Order Under Seal. (Dkt. No. 382).

Having considered the Motions, the Court finds that they should be and hereby are **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Reply in Support of Their Motion for Leave to Take Trial Deposition of Dr. John Turner should be and hereby is **SEALED**.

The Court **ORDERS** that Relators' Response in Opposition to Defendants' Additional Motion *in Limine* should be and hereby is **SEALED**. The Court further **ORDERS** that the Parties' Joint Pretrial Order should be and hereby is **SEALED**.

**So ORDERED and SIGNED this 13th day of January, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE