# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, CALEB HERNANDEZ & JASON WHALEY, RELATORS, *Plaintiffs*, | § § § § § | |
| v. | § § | CIVIL ACTION NO. 2:16-CV-00432-JRG |
| TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), *Defendants*. | § § § § § § § § § § | |

## **ORDER**

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, Inc., Ameriteam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (together, "Defendants") Agreed Motion for Leave to Take Depositions After the Close of Fact Discovery (the "Motion"). (Dkt. No. 373).

The deadline to complete limited fact discovery was January 6, 2021, as set out in the Court's Third Amended Docket Control Order. (Dkt. No. 340). Defendants and Relators Dr. Caleb Hernandez and Jason Whaley ("Relators") (together with Defendants, the "Parties") agree that, due to unavoidable scheduling conflicts as well as Defendants' pending Motion to Compel (Dkt. No. 364), the depositions of Team Health deponents Dr. Caleb Hernandez and Dr. Chionesu Sonyika should be taken at a time mutually agreed to by the Parties after the Court rules on Defendants' Motion to Compel. (Dkt. No. 373 at 1–2).

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the Parties are permitted to conduct the depositions of Dr. Caleb Hernandez and Dr. Choinesu Sonyika after the discovery deadline. After the Court rules on Defendants' Motion to Compel, the Court directs the Parties to promptly meet and confer to schedule such depositions. This Order does not affect any other deadlines in the above-captioned matter.

**So Ordered this**
**Jan 22, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE