IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALEB HERNANDEZ & JASON WHALEY, RELATORS, § § § § Plaintiffs, § § v. § TEAM FINANCE, L.L.C., TEAM HEALTH, § INC., TEAM HEALTH HOLDINGS, INC., § AMERITEAM SERVICES, L.L.C., HCFS § HEALTH CARE FINANCIAL SERVICES, § L.L.C., QUANTUM PLUS, L.L.C., (D/B/A § TEAMHEALTH WEST), § § Defendants. § | CIVIL ACTION NO. 2:16-CV-00432-JRG |

## ORDER

Before the Court is Relators Dr. Caleb Hernandez and Jason Whaley's (together, "Relators") Unopposed Motion to Seal (the "Relators' Motion"). (Dkt. No. 395). In Relators' Motion, Relators request leave to file their Response in Opposition to Defendants' to Motion Compel (Dkt. No. 396) under seal. (*Id.*).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** Relators' Response in Opposition to Defendants' Motion to Compel is **SEALED**.

**So Ordered this**

Jan 22, 2021

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE