# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL., CALEB HERNANDEZ & JASON WHALEY, RELATORS, | § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:16-CV-00432-JRG |
| TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), | § § § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, Inc., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Team Health" or "Defendants") Unopposed Motion for Leave to File Defendants' Answer and Affirmative Defenses to Relators' Third Amended Complaint Under Seal (the "Motion"). (Dkt. No. 403). In the Motion, Defendants request leave to file their Answer and Affirmative Defenses to Relators' Third Amended Complaint (Dkt. No. 404) under seal. (*Id.*).

Having considered the Motion, and in light of its unopposed nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Answer and Affirmative Defenses to Relators' Third Amended Complaint should be and hereby is **SEALED**.

## So Ordered this

**Jan 31, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE