IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL., CALEB HERNANDEZ & JASON WHALEY, RELATORS, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:16-CV-00432-JRG |
| TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), | § § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, L.L.C., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Defendants") Unopposed Motion for Leave to File Defendants' Updated Trial Exhibit List Under Seal. (Dkt. No. 405). Also before the Court is Relators Dr. Caleb Hernandez and Jason Whaley's (collectively, "Relators") (together with Defendants, the "Parties") Unopposed Motion to Seal. (Dkt. No. 406). In the Motions, the Parties request leave to file their respective updated trial exhibit lists (Dkt. Nos. 408, 409) under seal.

Having considered the Motions, the Court finds that they should be and hereby are **GRANTED**. Accordingly, the Court **ORDERS** that Defendants' Updated Trial Exhibit List should be and hereby is **SEALED**. The Court further **ORDERS** that Relators' Updated Trial Exhibit List should be and hereby is **SEALED**.

**So Ordered this**

**Jan 31, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE