**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. CALEB HERNANDEZ and JASON WHALEY, Relators<br><br>*Plaintiffs*,<br><br>v.<br><br>TEAM HEALTH HOLDINGS INC., *et al*.<br><br>*Defendants*. | CASE NO. 2:16-CV-00432-JRG<br><br>HONORABLE RODNEY GILSTRAP, CHIEF U.S. DISTRICT JUDGE |

## RELATORS' UPDATED EXHIBIT LIST

Pursuant to the Court's January 14, 2021 Minutes for Pretrial Conference Held Before U.S. District Judge Rodney Gilstrap (Dkt. No. 392 at 2), Relators Dr. Caleb Hernandez and Jason Whaley ("Relators") hereby submit as **Exhibit 1** hereto their updated exhibit list, which reflects the considerable number of exhibits Relators removed after having met and conferred with Defendants.

Dated:  February 2, 2021                    Respectfully submitted,

                                           */s/ Trey Duck*
                                           Trey Duck, TX Bar No. 24077234
                                           tduck@nixlaw.com
                                           Michael Angelovich, TX Bar No. 785666
                                           mangelovich@nixlaw.com
                                           Bradley E. Beckworth, TX Bar No. 24001710
                                           bbeckworth@nixlaw.com
                                           Andrew G. Pate, TX Bar No. 24079111
                                           dpate@nixlaw.com
                                           Cody L. Hill, TX Bar No. 24095836
                                           codyhill@nixlaw.com
                                           Winn Cutler, TX Bar No. 24084364
                                           winncutler@nixlaw.com
                                           Ross Leonoudakis, TX Bar No. 24087915
                                           rossl@nixlaw.com
                                           Bradley W. Beskin, TX Bar No. 24105463
                                           bbeskin@nixlaw.com
                                           Nicholas W. Shodrok, TX Bar No. 24117050
                                           nshodrok@nixlaw.com
                                           Kim Saindon, TX Bar No. 24117006
                                           ksaindon@nixlaw.com
                                           Katherine L. Beran, TX Bar No. 24097295
                                           kberan@nixlaw.com
                                           **NIX, PATTERSON LLP**
                                           3600 N. Capital of Texas Hwy.
                                           Building B, Suite 350
                                           Austin, TX 78746
                                           Telephone: 512.328.5333
                                           Facsimile: 512.328.5335

                                           Karl Rupp, TX Bar No. 24035243
                                           krupp@nixlaw.com
                                           **NIX, PATTERSON LLP**
                                           Advancial Building, Suite 1050

1845 Woodall Rodgers Freeway
Dallas, TX 75021
Telephone: 972.831.1188
Facsimile: 972.444.0716

**ATTORNEYS FOR RELATORS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February 2021, I filed the foregoing document through the

Court's ECF system, which served copies of the filing on all counsel of record.

*/s/ Trey Duck*

# EXHIBIT 1

(Relators' Updated Exhibit List)

# United States District Court
# Eastern District of Texas - Marshall Division

United States of America, *ex rel.* Caleb
Hernandez & Jason Whaley

v.

Team Health Holdings Inc., *et al.*

**RELATORS' EXHIBIT LIST**
**(January 29, 2021)**

Case Number: 2:16-CV-00432-JRG

| Presiding Judge: Honorable Rodney Gilstrap, Chief U.S. District Judge | | | | Plaintiff's Attorney : Trey Duck et al. Defendants' Attorney : Thomas M. Melsheimer et al. |
|---|---|---|---|---|
| Trial Date: February 26, 2021 | | | | Court Reporter: Shelly Holmes          Courtroom Deputy: Kecia Clendening |
| Exhibit No. | Date Offered | Marked | Admitted | Description of Exhibits |
| P. EX. 1 | | | | |
| P. EX. 2 | | | | |
| P. EX. 3 | | | | |
| P. EX. 4 | | | | |
| P. EX. 5 | | | | |
| P. EX. 6 | | | | |
| P. EX 6A | | | | |
| P. EX. 7 | | | | |
| P. EX. 8 | | | | |
| P. EX. 9 | | | | |
| P. EX. 9A | | | | |
| P. EX. 10 | | | | |
| P. EX. 11 | | | | |
| P. EX. 12 | | | | |
| P. EX. 13 | | | | |
| P. EX. 14 | | | | |
| P. EX. 15 | | | | |
| P. EX. 16 | | | | |
| P. EX. 17 | | | | |
| P. EX. 18 | | | | |
| P. EX. 18A | | | | |
| P. EX. 18B | | | | |
| P. EX. 18C | | | | |
| P. EX. 19 | | | | |
| P. EX. 20 | | | | |
| P. EX. 20A | | | | |
| P. EX. 21 | | | | |
| P. EX. 22 | | | | |
| P. EX. 23 | | | | |
| P. EX. 24 | | | | |
| P. EX. 25 | | | | |
| P. EX. 26 | | | | |
| P. EX. 27 | | | | |
| P. EX. 28 | | | | |
| P. EX. 28A | | | | |
| P. EX. 29 | | | | |
| P. EX. 30 | | | | |
| P. EX. 31 | | | | |
| P. EX. 32 | | | | |
| P. EX. 33 | | | | |
| P. EX. 34 | | | | |
| P. EX. 35 | | | | |

| | | | |
|---|---|---|---|
| P. EX. 36 | | | |
| P. EX. 37 | | | |
| P. EX. 38 | | | |
| P. EX. 39 | | | |
| P. EX. 40 | | | |
| P. EX. 41 | | | |
| P. EX. 41A | | | |
| P. EX. 42 | | | |
| P. EX. 43 | | | |
| P. EX. 44 | | | |
| P. EX. 45 | | | |
| P. EX. 46 | | | |
| P. EX. 46A | | | |
| P. EX. 47 | | | |
| P. EX. 48 | | | |
| P. EX. 49 | | | |
| P. EX. 49A | | | |
| P. EX. 49B | | | |
| P. EX. 50 | | | |
| P. EX. 50A | | | |
| P. EX. 51 | | | |
| P. EX. 52 | | | |
| P. EX. 53 | | | |
| P. EX. 54 | | | |
| P. EX. 55 | | | |
| P. EX. 56 | | | |
| P. EX. 57 | | | |
| P. EX. 58 | | | |
| P. EX. 59 | | | |
| P. EX. 60 | | | |
| P. EX. 61 | | | |
| P. EX. 62 | | | |
| P. EX. 63 | | | |
| P. EX. 64 | | | |
| P. EX. 65 | | | |
| P. EX. 66 | | | |
| P. EX. 67 | | | |
| P. EX. 68 | | | |
| P. EX. 69 | | | |
| P. EX. 70 | | | |
| P. EX. 71 | | | |
| P. EX. 72 | | | |
| P. EX. 73 | | | |
| P. EX. 74 | | | |
| P. EX. 75 | | | |
| P. EX. 76 | | | |
| P. EX. 76A | | | |
| P. EX. 76B | | | |
| P. EX. 77 | | | |
| P. EX. 78 | | | |
| P. EX. 79 | | | |
| P. EX. 80 | | | |
| P. EX. 80A | | | |
| P. EX. 80B | | | |
| P. EX. 81 | | | |
| P. EX. 82 | | | |
| P. EX. 83 | | | |
| P. EX. 84 | | | |
| P. EX. 85 | | | |
| P. EX. 86 | | | |
| P. EX. 87 | | | |
| P. EX. 88 | | | |
| P. EX. 89 | | | |

| | | | |
|---|---|---|---|
| P. EX. 90 | | | |
| P. EX. 90A | | | |
| P. EX. 91 | | | |
| P. EX. 92 | | | |
| P. EX. 92A | | | |
| P. EX. 93 | | | |
| P. EX. 94 | | | |
| P. EX. 95 | | | |
| P. EX. 96 | | | |
| P. EX. 97 | | | |
| P. EX. 98 | | | |
| P. EX. 99 | | | |
| P. EX. 100 | | | |
| P. EX. 101 | | | |
| P. EX. 102 | | | |
| P. EX. 103 | | | |
| P. EX. 104 | | | |
| P. EX. 105 | | | |
| P. EX. 106 | | | |
| P. EX. 107 | | | |
| P. EX. 108 | | | |
| P. EX. 109 | | | |
| P. EX. 110 | | | |
| P. EX. 111 | | | |
| P. EX. 112 | | | |
| P. EX. 113 | | | |
| P. EX. 114 | | | |
| P. EX. 115 | | | |
| P. EX. 116 | | | |
| P. EX. 116A | | | |
| P. EX. 117 | | | |
| P. EX. 118 | | | |
| P. EX. 119 | | | |
| P. EX. 120 | | | |
| P. EX. 121 | | | |
| P. EX. 122 | | | |
| P. EX. 122A | | | |
| P. EX. 123 | | | |
| P. EX. 124 | | | |
| P. EX. 125 | | | |
| P. EX. 126 | | | |
| P. EX. 127 | | | |
| P. EX. 128 | | | |
| P. EX. 129 | | | |
| P. EX. 130 | | | |
| P. EX. 131 | | | |
| P. EX. 132 | | | |
| P. EX. 133 | | | |
| P. EX. 134 | | | |
| P. EX. 135 | | | |
| P. EX. 136 | | | |
| P. EX. 137 | | | |
| P. EX. 138 | | | |
| P. EX. 139 | | | |
| P. EX. 140 | | | |
| P. EX. 141 | | | |
| P. EX. 142 | | | |
| P. EX. 143 | | | |
| P. EX. 144 | | | |
| P. EX. 145 | | | |
| P. EX. 146 | | | |
| P. EX. 147 | | | |
| P. EX. 148 | | | |

| | | | |
|---|---|---|---|
| P. EX. 149 | | | |
| P. EX. 150 | | | |
| P. EX. 151 | | | |
| P. EX. 152 | | | |
| P. EX. 153 | | | |
| P. EX. 154 | | | |
| P. EX. 155 | | | |
| P. EX. 156 | | | |
| P. EX. 157 | | | |
| P. EX. 157A | | | |
| P. EX. 158 | | | |
| P. EX. 158A | | | |
| P. EX. 159 | | | |
| P. EX. 159A | | | |
| P. EX. 160 | | | |
| P. EX. 161 | | | |
| P. EX. 162 | | | |
| P. EX. 163 | | | |
| P. EX. 163A | | | |
| P. EX. 164 | | | |
| P. EX. 164A | | | |
| P. EX. 165 | | | |
| P. EX. 165A | | | |
| P. EX. 166 | | | |
| P. EX. 166A | | | |
| P. EX. 167 | | | |
| P. EX. 167A | | | |
| P. EX. 168 | | | |
| P. EX. 168A | | | |
| P. EX. 169 | | | |
| P. EX. 169A | | | |
| P. EX. 170 | | | |
| P. EX. 171 | | | |
| P. EX. 172 | | | |
| P. EX. 173 | | | |
| P. EX. 174 | | | |
| P. EX. 174A | | | |
| P. EX. 175 | | | |
| P. EX. 176 | | | |
| P. EX. 177 | | | |
| P. EX. 178 | | | |
| P. EX. 179 | | | |
| P. EX. 180 | | | |
| P. EX. 181 | | | |
| P. EX. 182 | | | |
| P. EX. 183 | | | |
| P. EX. 184 | | | |
| P. EX. 185 | | | |
| P. EX. 186 | | | |
| P. EX. 186A | | | |
| P. EX. 186B | | | |
| P. EX. 186C | | | |
| P. EX. 186D | | | |
| P. EX. 187 | | | |
| P. EX. 188 | | | |
| P. EX. 189 | | | |
| P. EX. 190 | | | |
| P. EX. 191 | | | |
| P. EX. 192 | | | |
| P. EX. 193 | | | |
| P. EX. 194 | | | |
| P. EX. 195 | | | |
| P. EX. 196 | | | |

| | | | |
|---|---|---|---|
| P. EX. 197 | | | |
| P. EX. 198 | | | |
| P. EX. 198A | | | |
| P. EX. 199 | | | |
| P. EX. 200 | | | |
| P. EX. 201 | | | |
| P. EX. 202 | | | |
| P. EX. 203 | | | |
| P. EX. 204 | | | |
| P. EX. 205 | | | |
| P. EX. 206 | | | |
| P. EX. 207 | | | |
| P. EX. 208 | | | |
| P. EX. 209 | | | |
| P. EX. 210 | | | |
| P. EX. 210A | | | |
| P. EX. 211 | | | |
| P. EX. 212 | | | |
| P. EX. 213 | | | |
| P. EX. 214 | | | |
| P. EX. 215 | | | |
| P. EX. 216 | | | |
| P. EX. 217 | | | |
| P. EX. 217A | | | |
| P. EX. 217B | | | |
| P. EX. 217C | | | |
| P. EX. 218 | | | |
| P. EX. 219 | | | |
| P. EX. 220 | | | |
| P. EX. 221 | | | |
| P. EX. 222 | | | |
| P. EX. 223 | | | |
| P. EX. 224 | | | |
| P. EX. 225 | | | |
| P. EX. 226 | | | |
| P. EX. 227 | | | |
| P. EX. 228 | | | |
| P. EX. 229 | | | |
| P. EX. 230 | | | |
| P. EX. 231 | | | |
| P. EX. 232 | | | |
| P. EX. 233 | | | |
| P. EX. 234 | | | |
| P. EX. 235 | | | |
| P. EX. 236 | | | |
| P. EX. 237 | | | |
| P. EX. 238 | | | |
| P. EX. 239 | | | |
| P. EX. 240 | | | |
| P. EX. 241 | | | |
| P. EX. 242 | | | |
| P. EX. 243 | | | |
| P. EX. 244.1 | | | |
| P. EX. 244.2 | | | |
| P. EX. 244.3 | | | |
| P. EX. 244.4 | | | |
| P. EX. 244.5 | | | |
| P. EX. 244.6 | | | |
| P. EX. 244.7 | | | |
| P. EX. 244.8 | | | |
| P. EX. 244.9 | | | |
| P. EX. 244.10 | | | |
| P. EX. 244.11 | | | |

| | | | |
|---|---|---|---|
| P. EX. 244.12 | | | |
| P. EX. 244.13 | | | |
| P. EX. 244.14 | | | |
| P. EX. 244.15 | | | |
| P. EX. 244.16 | | | |
| P. EX. 244.17 | | | |
| P. EX. 244.18 | | | |
| P. EX. 244.19 | | | |
| P. EX. 244.20 | | | |
| P. EX. 244.21 | | | |
| P. EX. 244.22 | | | |
| P. EX. 244.23 | | | |
| P. EX. 244.24 | | | |
| P. EX. 244.25 | | | |
| P. EX. 244.26 | | | |
| P. EX. 244.27 | | | |
| P. EX. 244.28 | | | |
| P. EX. 244.29 | | | |
| P. EX. 244.30 | | | |
| P. EX. 244.31 | | | |
| P. EX. 244.32 | | | |
| P. EX. 244.33 | | | |
| P. EX. 244.34 | | | |
| P. EX. 244.35 | | | |
| P. EX. 244.36 | | | |
| P. EX. 244.37 | | | |
| P. EX. 244.38 | | | |
| P. EX. 244.39 | | | |
| P. EX. 244.40 | | | |
| P. EX. 244.41 | | | |
| P. EX. 244.42 | | | |
| P. EX. 244.43 | | | |
| P. EX. 244.44 | | | |
| P. EX. 244.45 | | | |
| P. EX. 244.46 | | | |
| P. EX. 244.47 | | | |
| P. EX. 244.48 | | | |
| P. EX. 244.49 | | | |
| P. EX. 244.50 | | | |
| P. EX. 244.51 | | | |
| P. EX. 244.52 | | | |
| P. EX. 244.53 | | | |
| P. EX. 244.54 | | | |
| P. EX. 244.55 | | | |
| P. EX. 244.56 | | | |
| P. EX. 244.57 | | | |
| P. EX. 244.58 | | | |
| P. EX. 244.59 | | | |
| P. EX. 244.60 | | | |
| P. EX. 244.61 | | | |
| P. EX. 244.62 | | | |
| P. EX. 244.63 | | | |
| P. EX. 244.64 | | | |
| P. EX. 244.65 | | | |
| P. EX. 244.66 | | | |
| P. EX. 244.67 | | | |
| P. EX. 244.68 | | | |
| P. EX. 244.69 | | | |
| P. EX. 244.70 | | | |
| P. EX. 244.71 | | | |
| P. EX. 244.72 | | | |
| P. EX. 244.73 | | | |
| P. EX. 244.74 | | | |

| | | | |
|---|---|---|---|
| P. EX. 244.75 | | | |
| P. EX. 244.76 | | | |
| P. EX. 244.77 | | | |
| P. EX. 244.78 | | | |
| P. EX. 245.1 | | | |
| P. EX. 245.2 | | | |
| P. EX. 245.3 | | | |
| P. EX. 245.4 | | | |
| P. EX. 245.5 | | | |
| P. EX. 245.6 | | | |
| P. EX. 245.7 | | | |
| P. EX. 245.8 | | | |
| P. EX. 245.9 | | | |
| P. EX. 245.10 | | | |
| P. EX. 245.11 | | | |
| P. EX. 245.12 | | | |
| P. EX. 245.13 | | | |
| P. EX. 245.14 | | | |
| P. EX. 245.15 | | | |
| P. EX. 246.1 | | | |
| P. EX. 246.2 | | | |
| P. EX. 246.3 | | | |
| P. EX. 246.4 | | | |
| P. EX. 246.5 | | | |
| P. EX. 246.6 | | | |
| P. EX. 246.7 | | | |
| P. EX. 246.8 | | | |
| P. EX. 246.9 | | | |
| P. EX. 246.10 | | | |
| P. EX. 246.11 | | | |
| P. EX. 246.12 | | | |
| P. EX. 246.13 | | | |
| P. EX. 246.14 | | | |
| P. EX. 246.15 | | | |
| P. EX. 246.16 | | | |
| P. EX. 246.17 | | | |
| P. EX. 246.18 | | | |
| P. EX. 246.19 | | | |
| P. EX. 246.20 | | | |
| P. EX. 246.21 | | | |
| P. EX. 246.22 | | | |
| P. EX. 246.23 | | | |
| P. EX. 246.24 | | | |
| P. EX. 246.25 | | | |
| P. EX. 246.26 | | | |
| P. EX. 246.27 | | | |
| P. EX. 246.28 | | | |
| P. EX. 246.29 | | | |
| P. EX. 246.30 | | | |
| P. EX. 246.31 | | | |
| P. EX. 246.32 | | | |
| P. EX. 246.33 | | | |
| P. EX. 246.34 | | | |
| P. EX. 246.35 | | | |
| P. EX. 246.36 | | | |
| P. EX. 246.37 | | | |
| P. EX. 246.38 | | | |
| P. EX. 246.39 | | | |
| P. EX. 246.40 | | | |
| P. EX. 246.41 | | | |
| P. EX. 246.42 | | | |
| P. EX. 246.43 | | | |
| P. EX. 246.44 | | | |

| | | | |
|---|---|---|---|
| P. EX. 246.45 | | | |
| P. EX. 246.46 | | | |
| P. EX. 246.47 | | | |
| P. EX. 246.48 | | | |
| P. EX. 246.49 | | | |
| P. EX. 246.50 | | | |
| P. EX. 246.51 | | | |
| P. EX. 246.52 | | | |
| P. EX. 246.53 | | | |
| P. EX. 246.54 | | | |
| P. EX. 246.55 | | | |
| P. EX. 246.56 | | | |
| P. EX. 246.57 | | | |
| P. EX. 246.58 | | | |
| P. EX. 246.59 | | | |
| P. EX. 246.60 | | | |
| P. EX. 246.61 | | | |
| P. EX. 246.62 | | | |
| P. EX. 246.63 | | | |
| P. EX. 246.64 | | | |
| P. EX. 246.65 | | | |
| P. EX. 246.66 | | | |
| P. EX. 246.67 | | | |
| P. EX. 246.68 | | | |
| P. EX. 246.69 | | | |
| P. EX. 246.70 | | | |
| P. EX. 246.71 | | | |
| P. EX. 246.72 | | | |
| P. EX. 246.73 | | | |
| P. EX. 246.74 | | | |
| P. EX. 246.75 | | | |
| P. EX. 246.76 | | | |
| P. EX. 246.77 | | | |
| P. EX. 246.78 | | | |
| P. EX. 246.79 | | | |
| P. EX. 246.80 | | | |
| P. EX. 246.81 | | | |
| P. EX. 246.82 | | | |
| P. EX. 246.83 | | | |
| P. EX. 246.84 | | | |
| P. EX. 246.85 | | | |
| P. EX. 246.86 | | | |
| P. EX. 246.87 | | | |
| P. EX. 246.88 | | | |
| P. EX. 246.89 | | | |
| P. EX. 246.90 | | | |
| P. EX. 246.91 | | | |
| P. EX. 246.92 | | | |
| P. EX. 246.93 | | | |
| P. EX. 246.94 | | | |
| P. EX. 246.95 | | | |
| P. EX. 246.96 | | | |
| P. EX. 246.97 | | | |
| P. EX. 246.98 | | | |
| P. EX. 246.99 | | | |
| P. EX. 246.100 | | | |
| P. EX. 246.101 | | | |
| P. EX. 246.102 | | | |
| P. EX. 246.103 | | | |
| P. EX. 246.104 | | | |
| P. EX. 246.105 | | | |
| P. EX. 246.106 | | | |
| P. EX. 246.107 | | | |

| | | | |
|---|---|---|---|
| P. EX. 246.108 | | | |
| P. EX. 246.109 | | | |
| P. EX. 246.110 | | | |
| P. EX. 246.111 | | | |
| P. EX. 246.112 | | | |
| P. EX. 246.113 | | | |
| P. EX. 246.114 | | | |
| P. EX. 246.115 | | | |
| P. EX. 246.116 | | | |
| P. EX. 246.117 | | | |
| P. EX. 246.118 | | | |
| P. EX. 246.119 | | | |
| P. EX. 246.120 | | | |
| P. EX. 246.121 | | | |
| P. EX. 246.122 | | | |
| P. EX. 246.123 | | | |
| P. EX. 246.124 | | | |
| P. EX. 246.125 | | | |
| P. EX. 246.126 | | | |
| P. EX. 246.127 | | | |
| P. EX. 246.128 | | | |
| P. EX. 246.129 | | | |
| P. EX. 246.130 | | | |
| P. EX. 246.131 | | | |
| P. EX. 246.132 | | | |
| P. EX. 246.133 | | | |
| P. EX. 246.134 | | | |
| P. EX. 246.135 | | | |
| P. EX. 246.136 | | | |
| P. EX. 246.137 | | | |
| P. EX. 246.138 | | | |
| P. EX. 246.139 | | | |
| P. EX. 246.140 | | | |
| P. EX. 246.141 | | | |
| P. EX. 246.142 | | | |
| P. EX. 246.143 | | | |
| P. EX. 246.144 | | | |
| P. EX. 246.145 | | | |
| P. EX. 246.146 | | | |
| P. EX. 246.147 | | | |
| P. EX. 246.148 | | | |
| P. EX. 246.149 | | | |
| P. EX. 246.150 | | | |
| P. EX. 246.151 | | | |
| P. EX. 246.152 | | | |
| P. EX. 246.153 | | | |
| P. EX. 246.154 | | | |
| P. EX. 246.155 | | | |
| P. EX. 246.156 | | | |
| P. EX. 246.157 | | | |
| P. EX. 246.158 | | | |
| P. EX. 246.159 | | | |
| P. EX. 246.160 | | | |
| P. EX. 246.161 | | | |
| P. EX. 246.162 | | | |
| P. EX. 246.163 | | | |
| P. EX. 246.164 | | | |
| P. EX. 246.165 | | | |
| P. EX. 246.166 | | | |
| P. EX. 246.167 | | | |
| P. EX. 246.168 | | | |
| P. EX. 246.169 | | | |
| P. EX. 246.170 | | | |

| | | |
|---|---|---|
| P. EX. 246.171 | | |
| P. EX. 246.172 | | |
| P. EX. 246.173 | | |
| P. EX. 246.174 | | |
| P. EX. 246.175 | | |
| P. EX. 246.176 | | |
| P. EX. 246.177 | | |
| P. EX. 246.178 | | |
| P. EX. 246.179 | | |
| P. EX. 246.180 | | |
| P. EX. 246.181 | | |
| P. EX. 246.182 | | |
| P. EX. 246.183 | | |
| P. EX. 246.184 | | |
| P. EX. 246.185 | | |
| P. EX. 246.186 | | |
| P. EX. 246.187 | | |
| P. EX. 246.188 | | |
| P. EX. 246.189 | | |
| P. EX. 246.190 | | |
| P. EX. 246.191 | | |
| P. EX. 246.192 | | |
| P. EX. 246.193 | | |
| P. EX. 246.194 | | |
| P. EX. 246.195 | | |
| P. EX. 246.196 | | |
| P. EX. 246.197 | | |
| P. EX. 246.198 | | |
| P. EX. 246.199 | | |
| P. EX. 246.200 | | |
| P. EX. 246.201 | | |
| P. EX. 246.202 | | |
| P. EX. 246.203 | | |
| P. EX. 246.204 | | |
| P. EX. 246.205 | | |
| P. EX. 246.206 | | |
| P. EX. 246.207 | | |
| P. EX. 246.208 | | |
| P. EX. 246.209 | | |
| P. EX. 246.210 | | |
| P. EX. 246.211 | | |
| P. EX. 246.212 | | |
| P. EX. 246.213 | | |
| P. EX. 246.214 | | |
| P. EX. 246.215 | | |
| P. EX. 246.216 | | |
| P. EX. 246.217 | | |
| P. EX. 246.218 | | |
| P. EX. 246.219 | | |
| P. EX. 246.220 | | |
| P. EX. 246.221 | | |
| P. EX. 246.222 | | |
| P. EX. 246.223 | | |
| P. EX. 246.224 | | |
| P. EX. 246.225 | | |
| P. EX. 246.226 | | |
| P. EX. 246.227 | | |
| P. EX. 246.228 | | |
| P. EX. 246.229 | | |
| P. EX. 246.230 | | |
| P. EX. 246.231 | | |
| P. EX. 246.232 | | |
| P. EX. 246.233 | | |

| | | | |
|---|---|---|---|
| P. EX. 246.234 | | | |
| P. EX. 246.235 | | | |
| P. EX. 246.236 | | | |
| P. EX. 246.237 | | | |
| P. EX. 246.238 | | | |
| P. EX. 246.239 | | | |
| P. EX. 246.240 | | | |
| P. EX. 246.241 | | | |
| P. EX. 246.242 | | | |
| P. EX. 246.243 | | | |
| P. EX. 246.244 | | | |
| P. EX. 246.245 | | | |
| P. EX. 246.246 | | | |
| P. EX. 246.247 | | | |
| P. EX. 246.248 | | | |
| P. EX. 246.249 | | | |
| P. EX. 246.250 | | | |
| P. EX. 246.251 | | | |
| P. EX. 246.252 | | | |
| P. EX. 246.253 | | | |
| P. EX. 246.254 | | | |
| P. EX. 246.255 | | | |
| P. EX. 246.256 | | | |
| P. EX. 246.257 | | | |
| P. EX. 246.258 | | | |
| P. EX. 246.259 | | | |
| P. EX. 246.260 | | | |
| P. EX. 246.261 | | | |
| P. EX. 246.262 | | | |
| P. EX. 246.263 | | | |
| P. EX. 246.264 | | | |
| P. EX. 246.265 | | | |
| P. EX. 246.266 | | | |
| P. EX. 246.267 | | | |
| P. EX. 246.268 | | | |
| P. EX. 246.269 | | | |
| P. EX. 246.270 | | | |
| P. EX. 246.271 | | | |
| P. EX. 246.272 | | | |
| P. EX. 246.273 | | | |
| P. EX. 246.274 | | | |
| P. EX. 246.275 | | | |
| P. EX. 246.276 | | | |
| P. EX. 246.277 | | | |
| P. EX. 246.278 | | | |
| P. EX. 246.279 | | | |
| P. EX. 246.280 | | | |
| P. EX. 246.281 | | | |
| P. EX. 246.282 | | | |
| P. EX. 246.283 | | | |
| P. EX. 246.284 | | | |
| P. EX. 246.285 | | | |
| P. EX. 246.286 | | | |
| P. EX. 246.287 | | | |
| P. EX. 246.288 | | | |
| P. EX. 246.289 | | | |
| P. EX. 246.290 | | | |
| P. EX. 246.291 | | | |
| P. EX. 246.292 | | | |
| P. EX. 246.293 | | | |
| P. EX. 246.294 | | | |
| P. EX. 246.295 | | | |
| P. EX. 246.296 | | | |

| | | | |
|---|---|---|---|
| P. EX. 246.297 | | | |
| P. EX. 246.298 | | | |
| P. EX. 246.299 | | | |
| P. EX. 246.300 | | | |
| P. EX. 246.301 | | | |
| P. EX. 246.302 | | | |
| P. EX. 246.303 | | | |
| P. EX. 246.304 | | | |
| P. EX. 246.305 | | | |
| P. EX. 246.306 | | | |
| P. EX. 246.307 | | | |
| P. EX. 246.308 | | | |
| P. EX. 246.309 | | | |
| P. EX. 246.310 | | | |
| P. EX. 246.311 | | | |
| P. EX. 246.312 | | | |
| P. EX. 246.313 | | | |
| P. EX. 246.314 | | | |
| P. EX. 246.315 | | | |
| P. EX. 246.316 | | | |
| P. EX. 246.317 | | | |
| P. EX. 246.318 | | | |
| P. EX. 246.319 | | | |
| P. EX. 246.320 | | | |
| P. EX. 246.321 | | | |
| P. EX. 246.322 | | | |
| P. EX. 246.323 | | | |
| P. EX. 246.324 | | | |
| P. EX. 246.325 | | | |
| P. EX. 246.326 | | | |
| P. EX. 246.327 | | | |
| P. EX. 246.328 | | | |
| P. EX. 246.329 | | | |
| P. EX. 246.330 | | | |
| P. EX. 247 | | | |
| P. EX. 248 | | | |
| P. EX. 249 | | | |
| P. EX. 250 | | | |
| P. EX. 251 | | | |
| P. EX. 252 | | | |
| P. EX. 253 | | | |
| P. EX. 254 | | | |
| P. EX. 255 | | | |
| P. EX. 256 | | | |
| P. EX. 257 | | | |
| P. EX. 258 | | | |
| P. EX. 259 | | | |
| P. EX. 260 | | | |
| P. EX. 261 | | | |
| P. EX. 262 | | | |
| P. EX. 263 | | | |
| P. EX. 264 | | | |
| P. EX. 265 | | | |
| P. EX. 266 | | | |
| P. EX. 267 | | | |
| P. EX. 268 | | | |
| P. EX. 269 | | | |
| P. EX. 270 | | | |

| | | | |
|---|---|---|---|
| P. EX. 271 | | | |
| P. EX. 272 | | | |
| P. EX. 273 | | | |
| P. EX. 274 | | | |
| P. EX. 275 | | | |
| P. EX. 275A | | | |
| P. EX. 276 | | | |
| P. EX. 277 | | | |
| P. EX. 277A | | | |
| P. EX. 278 | | | |
| P. EX. 279 | | | |
| P. EX. 280 | | | |
| P. EX. 281 | | | |
| P. EX. 282 | | | |
| P. EX. 283 | | | |
| P. EX. 284 | | | |
| P. EX. 285 | | | |
| P. EX. 285A | | | |
| P. EX. 286 | | | |
| P. EX. 287 | | | |
| P. EX. 288 | | | |
| P. EX. 289 | | | |
| P. EX. 290 | | | |
| P. EX. 291 | | | |
| P. EX. 292 | | | |
| P. EX. 293 | | | |
| P. EX. 294 | | | |
| P. EX. 295 | | | |
| P. EX. 296 | | | |
| P. EX. 297 | | | |
| P. EX. 298 | | | |
| P. EX. 299 | | | |
| P. EX. 300 | | | |
| P. EX. 301 | | | |
| P. EX. 302 | | | |
| P. EX. 303 | | | |
| P. EX. 304 | | | |
| P. EX. 305 | | | |
| P. EX. 306 | | | |
| P. EX. 307 | | | |
| P. EX. 308 | | | |
| P. EX. 309 | | | |
| P. EX. 310 | | | |
| P. EX. 311 | | | |
| P. EX. 312 | | | |
| P. EX. 313 | | | |
| P. EX. 314 | | | |
| P. EX. 315 | | | |
| P. EX. 316 | | | |
| P. EX. 317 | | | |
| P. EX. 318 | | | |
| P. EX. 319 | | | |
| P. EX. 320 | | | |
| P. EX. 321 | | | |
| P. EX. 322 | | | |
| P. EX. 323 | | | |
| P. EX. 324 | | | |
| P. EX. 325 | | | |
| P. EX. 326 | | | |
| P. EX. 327 | | | |
| P. EX. 328 | | | |
| P. EX. 329 | | | |
| P. EX. 330 | | | |

| | | | |
|---|---|---|---|
| P. EX. 331 | | | |
| P. EX. 332 | | | |
| P. EX. 333 | | | |
| P. EX. 334 | | | |
| P. EX. 335 | | | |
| P. EX. 336 | | | |
| P. EX. 337 | | | |
| P. EX. 338 | | | |
| P. EX. 339 | | | |
| P. EX. 340 | | | |
| P. EX. 341 | | | |
| P. EX. 342 | | | |
| P. EX. 343 | | | |
| P. EX. 344 | | | |
| P. EX. 345 | | | |
| P. EX. 346 | | | |
| P. EX. 347 | | | |
| P. EX. 348 | | | |
| P. EX. 349 | | | |
| P. EX. 350 | | | |
| P. EX. 351 | | | |
| P. EX. 352 | | | |
| P. EX. 353 | | | |
| P. EX. 354 | | | |
| P. EX. 355 | | | |
| P. EX. 356 | | | |
| P. EX. 357 | | | |
| P. EX. 358 | | | |
| P. EX. 359 | | | |
| P. EX. 360 | | | |
| P. EX. 361 | | | |
| P. EX. 362 | | | |
| P. EX. 363 | | | |
| P. EX. 364 | | | |
| P. EX. 365 | | | |
| P. EX. 366 | | | |
| P. EX. 367 | | | |
| P. EX. 368 | | | |
| P. EX. 369 | | | |
| P. EX. 370 | | | |
| P. EX. 371 | | | |
| P. EX. 372 | | | |
| P. EX. 373 | | | |
| P. EX. 374 | | | |
| P. EX. 375 | | | |
| P. EX. 376 | | | |
| P. EX. 377 | | | |
| P. EX. 378 | | | |
| P. EX. 379 | | | |
| P. EX. 380 | | | |
| P. EX. 381 | | | |
| P. EX. 382 | | | |
| P. EX. 383 | | | |
| P. EX. 384A | | | |
| P. EX. 384B | | | |
| P. EX. 384C | | | |
| P. EX. 385 | | | |
| P. EX. 386 | | | |
| P. EX. 387 | | | |
| P. EX. 388 | | | |
| P. EX. 389 | | | |

| | | | |
|---|---|---|---|
| P. EX. 390 | | | |
| P. EX. 391 | | | |
| P. EX. 392 | | | |
| P. EX. 393 | | | |
| P. EX. 394 | | | |
| P. EX. 395 | | | |
| P. EX. 396 | | | |
| P. EX. 397 | | | |
| P. EX. 398 | | | |
| P. EX. 399 | | | |
| P. EX. 400 | | | |
| P. EX. 401 | | | |
| P. EX. 402 | | | |
| P. EX. 403 | | | |
| P. EX. 404 | | | |
| P. EX. 405 | | | |
| P. EX. 406 | | | |
| P. EX. 407 | | | |
| P. EX. 408 | | | |
| P. EX. 409 | | | |
| P. EX. 410 | | | |
| P. EX. 411 | | | |
| P. EX. 412 | | | |
| P. EX. 413 | | | |
| P. EX. 414 | | | |
| P. EX. 415 | | | |
| P. EX. 416 | | | |
| P. EX. 417 | | | |
| P. EX. 418 | | | |
| P. EX. 419 | | | |
| P. EX. 420 | | | |
| P. EX. 421 | | | |
| P. EX. 422 | | | |
| P. EX. 423 | | | |
| P. EX. 424 | | | |
| P. EX. 425 | | | |
| P. EX. 426 | | | |
| P. EX. 427 | | | |
| P. EX. 428 | | | |
| P. EX. 429 | | | |
| P. EX. 430 | | | |
| P. EX. 431 | | | |
| P. EX. 432 | | | |
| P. EX. 433 | | | |
| P. EX. 434 | | | |
| P. EX. 435 | | | |
| P. EX. 436 | | | |
| P. EX. 437 | | | |
| P. EX. 438 | | | |
| P. EX. 439 | | | |
| P. EX. 440 | | | |
| P. EX. 441 | | | |
| P. EX. 442 | | | |
| P. EX. 443 | | | |
| P. EX. 444 | | | |
| P. EX. 445 | | | |
| P. EX. 446 | | | |
| P. EX. 447 | | | |

| | | | |
|---|---|---|---|
| P. EX. 448 | | | |
| P. EX. 449 | | | |
| P. EX. 450 | | | |
| P. EX. 451 | | | |
| P. EX. 452 | | | |
| P. EX. 453 | | | |
| P. EX. 454 | | | |
| P. EX. 455 | | | |
| P. EX. 456 | | | |
| P. EX. 457 | | | |
| P. EX. 458 | | | |
| P. EX. 459 | | | |
| P. EX. 460 | | | |
| P. EX. 461 | | | |
| P. EX. 462 | | | |
| P. EX. 463 | | | |
| P. EX. 464 | | | |
| P. EX. 465 | | | |
| P. EX. 466 | | | |