## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL., CALEB HERNANDEZ & JASON WHALEY, RELATORS, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:16-CV-00432-JRG |
| TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), | § § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Relators Dr. Caleb Hernandez and Jason Whaley ("Relators") and Defendants Team Health Holdings, Inc., Team Finance, L.L.C., Team Health, Inc., AmeriTeam Services, L.L.C., HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C.'s (collectively, "Team Health") (together with Relators, the "Parties") Joint Motion for Leave to File the Parties' Amended Joint Pretrial Order Under Seal (the "Motion"). (Dkt. No. 419). In the Motion, the Parties request leave to file their Amended Joint Final Pre-Trial Order (Dkt. No. 420) under seal. (*Id.*).

Having considered the Motion, and in light of its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the Parties' Amended Joint Final Pre-Trial Order should be and hereby is **SEALED**.

**So ORDERED and SIGNED this 11th day of February, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE