# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL., CALEB HERNANDEZ & JASON WHALEY, RELATORS, § § § § *Plaintiffs*, § § v. § § TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), § § § § § § § § § § *Defendants*. § | | CIVIL ACTION NO.  2:16-CV-00432-JRG |

## ORDER

Before the Court is the United States of America's Unopposed Motion to Continue Stay of All Deadlines for Thirty (30) Days (the "Motion"). (Dkt. No. 428). In the Motion, the United States requests a thirty (30) day extension of the stay in the above-captioned case to facilitate finalization and approval of the parties' settlement agreement.

Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is **ORDERED** that all proceedings and deadlines in the above-captioned case shall continue to be **STAYED** until April 26, 2021, during which time appropriate dismissal papers shall be filed with the Court.

**So ORDERED and SIGNED this 25th day of March, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE