# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, CALEB HERNANDEZ & JASON WHALEY, RELATORS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:16-CV-00432-JRG |
| TEAM FINANCE, L.L.C., TEAM HEALTH, INC., TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, L.L.C., HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), | § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Relators Dr. Caleb Hernandez and Jason Whaley's (together, "Relators") Unopposed Motion to Seal (the "Motion"). (Dkt. No. 433). In the Motion, Relators request leave to file under seal their Response in Opposition to the Motion to Continue Stay of All Deadlines for Seven (7) Days filed by Defendants Team Finance, L.L.C., Team Health, Inc., Team Health Holdings Inc., AmeriTeam Services, HCFS Health Care Financial Services, L.L.C., and Quantum Plus, L.L.C. (collectively, "Defendants") (Dkt. No. 432). (*Id.*).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** Relators' Response in Opposition to Defendants' Motion to Continue Stay of All Deadlines for Seven (7) Days is **SEALED**.

So **ORDERED** and **SIGNED** this 7th day of June, 2021.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2