IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. CALEB HERNANDEZ and JASON WHALEY, Relators<br><br>*Plaintiffs*,<br><br>v.<br><br>TEAM HEALTH HOLDINGS INC., et al.,<br><br>*Defendants*. | CASE NO. 2:16-CV-00432-JRG |

## JOINT NOTICE OF PAYMENT AND REQUEST FOR DISMISSAL

On June 14, 2021, the parties filed a "Contingent Stipulation of Dismissal" (Dkt. No. 437), stipulating and agreeing to the dismissal of this action, subject to certain terms and conditions. In particular, Defendants stipulated that they would make the payments required by the Settlement Agreement on or before June 28, 2021. The purpose of this notice is to inform the Court that Defendants have completed the required payments and the payments have been received.

Therefore, in accordance with the Contingent Stipulation of Dismissal, the Parties respectfully request that the Court enter an order of dismissal, in the form attached to the Contingent Stipulation of Dismissal (Dkt. No. 437-1).

1

Dated: June 24, 2021                                Respectfully submitted,

*/s/ Trey Duck*
Trey Duck, TX Bar No. 24077234
tduck@nixlaw.com
Michael Angelovich, TX Bar No. 785666
mangelovich@nixlaw.com
Bradley E. Beckworth, TX Bar No. 24001710
bbeckworth@nixlaw.com
Andrew G. Pate, TX Bar No. 24079111
dpate@nixlaw.com
Cody L. Hill, TX Bar No. 24095836
codyhill@nixlaw.com
Winn Cutler, TX Bar No. 24084364
winncutler@nixlaw.com
Ross Leonoudakis, TX Bar No. 24087915
rossl@nixlaw.com
Bradley W. Beskin, TX Bar No. 24105463
bbeskin@nixlaw.com
Nicholas W. Shodrok, TX Bar No. 24117050
nshodrok@nixlaw.com
**NIX, PATTERSON LLP**
3600 N. Capital of Texas Hwy.
Building B, Suite 350
Austin, TX 78746
Telephone: 512.328.5333
Facsimile: 512.328.5335

Karl Rupp, TX Bar No. 24035243
krupp@nixlaw.com
**NIX, PATTERSON LLP**
Advancial Building, Suite 1050
1845 Woodall Rodgers Freeway
Dallas, TX 75021
Telephone: 972.831.1188
Facsimile: 972.444.0716

*Attorneys for Relators*


By: ***/s/Eric H. Findlay***
Eric H. Findlay
Brian Craft
FINDLAY CRAFT, P.C.
102 N. College Avenue
Suite 900

2

<mark>
</mark>
<mark>
</mark>

Tyler, TX 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Thomas M. Melsheimer
Michael Brett Johnson
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: (214) 453-6500
Fax: (214) 453-6400
tmelsheimer@winston.com
mbjohnson@winston.com

Paula Weems Hinton
WINSTON & STRAWN LLP
800 Capitol Street, 24th Floor
Houston, TX 77002
Tel: (713) 651-2600
Fax: (713) 651-2700
phinton@winston.com

*Attorneys for Defendants*


BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

NICHOLAS J. GANJEI
Acting United States Attorney
Eastern District of Texas

  */s/ James G. Gillingham*
JAMES GILLINGHAM
Assistant U.S. Attorney
Eastern District of Texas
Lead Attorney (per L.R. CV-11(a)(1))
110 N. College Street, Suite 700
Tyler, Texas 75702
E-mail: james.gillingham@usdoj.gov
(903) 590-1400
(903) 590-1436 (fax)
Texas State Bar # 24065295

3

        */s/ Kelly A. Quinn*
JAMIE ANN YAVELBERG
ANDY J. MAO
KELLY A. QUINN (admitted *pro hac vice*)
Attorneys, Civil Division
Commercial Litigation Branch, Fraud Section
175 N Street NE, 9th Floor
Washington, D.C. 20002
E-mail: kelly.a.quinn@usdoj.gov
(202) 616-5578
(202) 307-3852 (fax)

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

      */s/Trey Duck*
Trey Duck