IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. CALEB HERNANDEZ and JASON WHALEY, Relators<br><br>*Plaintiffs*,<br><br>v.<br><br>TEAM HEALTH HOLDINGS INC., et al.,<br><br>*Defendants*. | CASE NO. 2:16-CV-00432-JRG |

## PROPOSED ORDER

Before the Court is Defendants' Motion for Extension of Time to Respond to Loren Adler's Motion to Intervene for the Limited Purpose of Challenging the Court's Sealing Orders (Dkt. 440) and to respond to or otherwise address the Motion to Unseal Documents on Public Docket (Dkt. 442) for ten (10) days to January 7, 2022.  The Court, after considering the merits of the motion, hereby **GRANTS** Defendants' Motion.

IT IS SO ORDERED