IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL., EX REL. CALEB HERNANDEZ & JASON WHALEY, RELATORS; <br><br> *Plaintiffs*, <br><br> v. <br><br> TEAM FINANCE, L.L.C.,  TEAM HEALTH, INC.,  TEAM HEALTH HOLDINGS, INC.,  AMERITEAM SERVICES, L.L.C.,  HCFS HEALTH CARE FINANCIAL SERVICES, L.L.C., QUANTUM PLUS, L.L.C., (D/B/A TEAMHEALTH WEST), <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.  2:16-CV-00432-JRG |

# ORDER

Before the Court is proposed intervenor Loren Adler's Unopposed Motion for Extension of Time to Reply in Further Support of Loren Adler's Motions to Intervene and Unseal Documents on the Public Docket (the "Motion"). (Dkt. No. 451). In the Motion, Loren Adler requests that the Court extend the deadline to file his reply briefs in further support of his Motion to Intervene (Dkt. No. 440) and his Motion to Unseal Documents on the Public Docket (Dkt. No. 442) by seven (7) days. The Defendants in the above-captioned matter are unopposed to this request.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadlines for Loren Adler to respond in further support of his Motion to Intervene (Dkt. No. 440) and his Motion to

Unseal Documents on the Public Docket (Dkt. No. 442) are **extended** by seven (7) days from January 14, 2022 **up to and including January 21, 2022**.

    **So ORDERED and SIGNED this 12th day of January, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE