UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

UNITED STATES OF AMERICA, *ex rel.*
Caleb Hernandez & Jason Whaley,

*Relators*,

v.                                                                                  Case No. 2:16-CV-00432-JRG

TEAMHEALTH HOLDINGS INC., TEAM
FINANCE, L.L.C. TEAM HEALTH INC.,
& AMERITEAM SERVICES, L.L.C.,

*Defendants*.

**UNOPPOSED MOTION OF PROPOSED INTERVENOR LOREN ADLER TO ALLOW
CRAIG L. BRISKIN TO WITHDRAW AS COUNSEL AND REQUEST FOR
<u>TERMINATION OF ELECTRONIC NOTICES</u>**

Pursuant to Local Civil Rule 11, Proposed Intervenor Loren Adler respectfully requests that Craig L. Briskin be allowed to withdrawal as his counsel of record, and that the Clerk of Court terminate his receipt of electronic notices for this matter. Mr. Briskin is leaving the employment of Public Justice and is no longer representing any parties in this action. Leah Nicholls and Martin Woodward will continue to serve as counsel of record for Mr. Adler.

Undersigned counsel has conferred with Counsel for the Parties, who have responded that they do not oppose this motion.

Therefore, Mr. Adler requests that the Court issue an order granting his motion to allow Craig L. Briskin to withdraw as his counsel, and to terminate electronic notices.

Dated: May 5, 2022

Respectfully submitted,

s/ *Craig L. Briskin*
Craig L. Briskin*
Leah M. Nicholls*
Public Justice, P.C.
1620 L Street, N.W., Suite 630
Washington, D.C. 20036
(202) 797-8600
cbriskin@publicjustice.net
lnicholls@publicjustice.net

Martin Woodward
Kitner Woodward PLLC
13101 Preston Road, Suite 110-3323
Dallas, TX 75240
(214) 443-4300
martin@kitnerwoodward.com

*Counsel for Movant Loren Adler*

\* *Admitted Pro Hac Vice*

## CERTIFICATE OF CONFERENCE

I hereby certify that, as counsel for proposed intervenor Loren Adler, I have complied with Local Rule CV-7(h).

First, I conferred by email with Counsel for TeamHealth on April 29, 2022. Brett Johnson responded that TeamHealth did not oppose this motion to withdraw. Next, I conferred by email with Trey Duck, Counsel for Relators, on May 2, 2022. He responded that he did not oppose this motion.

Thus, this motion is unopposed.

s/ *Craig L. Briskin*